UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUZANNE MARIE RAU,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 14-cv-03534-DMR

**ORDER TO SHOW CAUSE**

Plaintiff Suzanne Marie Rau's counsel Lawrence D. Rohlfing filed a motion for attorney's fees pursuant to 42 U.S.C. § 406(b). [Docket No. 34.] On January 3, 2017, the court ordered counsel to 1) file a detailed proposed order on his motion by January 6, 2017; and 2) serve Plaintiff with a copy of the motion, proposed order on the motion, and the court's January 3, 2017 order by January 9, 2017 and to file a proof of service. [Docket No. 35.] Counsel did not file either a proposed order or a proof of service.[1] Accordingly, Plaintiff's counsel is hereby ordered to show cause in writing **by February 15, 2017** why the court should not deny the motion for attorney's fees for his failure to comply with the January 3, 2017 order. Failure to respond by February 15, 2017 may result in the denial of the motion for attorney's fees.

**IT IS SO ORDERED.**

Dated: February 8, 2017

                              Donna M. Ryu
                              United States Magistrate Judge

---

[1] The court also ordered Defendant to file any opposition or statement of non-opposition to the motion for attorney's fees by January 23, 2017. [Docket No. 35.] No such opposition or statement of non-opposition has been filed.